UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In re:**
Brooke Nicole Henderson
18 Maple St
Niles, OH 44446

**Case Number:** 10–44130–kw

**Chapter:** 7

**Judge:** KAY WOODS

## ORDER TO APPEAR AND SHOW CAUSE

It appearing to the Court that the Debtor(s) failed to:

File Declaration Regarding Electronic Filing of Documents and Statement of Social Security Number.

WHEREFORE, counsel for the Debtor(s) and the Debtor(s) are ordered to appear at a hearing scheduled for **November 18, 2010** at **09:30 AM** at the Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503 and show cause why this case should not be dismissed for the failure(s) described above.

**FILING THE DOCUMENTS OR PAYING THE FILING FEE WILL NOT EXCUSE ATTENDANCE AT THIS HEARING.**

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 04–03: KENNETH J. HIRZ, CLERK OF COURT

**Date:** November 10, 2010
Form ohnb122

By: /s/ Rosa M. Livingston
Deputy Clerk