UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NUMBER 10-44130 |
| | * | |
| BROOKE NICOLE HENDERSON, | * | CHAPTER 7 |
| | * | |
| Debtor. | * | HONORABLE KAY WOODS |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER DIRECTING DIANA KHOURI, ESQ. TO APPEAR AND
SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This cause is before the Court on Order to Appear and Show Cause entered on November 10, 2010 ("Show Cause Order") (Doc. # 11). The Show Cause Order directed Debtor Brooke Nicole Henderson and Debtor's Counsel, Diana Khouri, Esq., to appear and show cause why the Debtor's case should not be dismissed for failure to timely file the Declaration Regarding Electronic Filing of Documents and Statement of Social Security Number ("Declaration"). The Show Cause Order was set for hearing on November 18, 2010 ("Hearing"). Subsequent to the issuance of the Show Cause Order, on November 15, 2010, the Declaration (Doc. # 13) was filed.

As set forth in bold capital letters in the Show Cause Order, **"FILING THE DOCUMENTS OR PAYING THE FILING FEE WILL NOT EXCUSE ATTENDANCE AT THIS HEARING."** Neither the Debtor nor Ms. Khouri appeared at the Hearing. As a result, the Court continued the Hearing to December 2, 2010. The Debtor and Ms. Khouri again failed to appear at the Hearing on December 2, 2010. Because the Declaration had been filed, the Court concluded the Show Cause Order.

However, because Ms. Khouri has willingly failed to appear at two hearings in contravention of the Show Cause Order, the Court hereby **ORDERS DIANA KHOURI, ESQ.** to appear on December 16, 2010, at 9:30 a.m., before the Honorable Kay Woods, Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of Ohio, Nathaniel R. Jones Federal Building and United States Courthouse, 10 East Commerce Street, Third Floor, Youngstown, Ohio, and show cause why she should not be held in contempt and sanctioned for twice failing to appear at the Hearing. The Debtor is not required to appear at the hearing on December 16, 2010.

**IT IS SO ORDERED.**

/s/ Kay Woods
KAY WOODS
UNITED STATES BANKRUPTCY JUDGE

2