UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: \*
\* CASE NUMBER 10-44130
\*
BROOKE NICOLE HENDERSON, \* CHAPTER 7
\*
    Debtor. \* HONORABLE KAY WOODS
\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER (i) VACATING PRIOR ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS; (ii) VACATING PRIOR ORDER TO APPEAR AND SHOW CAUSE; AND, (iii) GRANTING APPLICATION FOR WAIVER OF FILING FEE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This cause is before the Court upon oral motion by Diana Khouri, Esq. at a hearing on December 16, 2010 ("Hearing"), for reconsideration of this Court's prior Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee ("Filing Fee Order") (Doc. # 16) entered on November 22, 2010, which denied waiver of the filing fee and permitted the Debtor Brooke Nicole Henderson to pay the filing fee in installments, with the first installment due on or before December 2, 2010. On December 8, 2010, this Court entered an Order to Appear and Show Cause based on Debtor Brooke Nicole Henderson's failure to pay the first filing fee installment (Doc. # 20).

At the Hearing, the Court stated that it would waive one-half (1/2) of the chapter 7 filing fee. Notwithstanding that oral determination, the Court hereby waives the filing fee in its entirety.

Accordingly, the Court hereby (i) vacates its prior Filing Fee Order; (ii) vacates the Order to Appear and Show Cause; and (iii) grants the Debtor's Application for Waiver of the Chapter 7 Filing

Fee.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　*/s/ Kay Woods*
　　　　　　　　　　　　　　　　　　KAY WOODS
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE